*pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–9936. JONES *v.* COMMONWEALTH LAND TITLE INSURANCE CO. ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2662. IN RE DISBARMENT OF BARLEY. Disbarment entered. [For earlier order herein, see 566 U. S. 959.]

No. D–2664. IN RE DISBARMENT OF RICHARDSON. Disbarment entered. [For earlier order herein, see 566 U. S. 959.]

No. D–2666. IN RE DISBARMENT OF SNYDER. Disbarment entered. [For earlier order herein, see 566 U. S. 960.]

No. D–2667. IN RE DISBARMENT OF SHIMER. Disbarment entered. [For earlier order herein, see 566 U. S. 960.]

No. D–2668. IN RE DISBARMENT OF SINDACO. Disbarment entered. [For earlier order herein, see 566 U. S. 960.]

No. D–2669. IN RE DISBARMENT OF SINKO. Disbarment entered. [For earlier order herein, see 566 U. S. 960.]

No. D–2670. IN RE DISBARMENT OF WEXLER. Disbarment entered. [For earlier order herein, see 566 U. S. 960.]

No. D–2671. IN RE DISBARMENT OF LEONARD. Disbarment entered. [For earlier order herein, see 566 U. S. 960.]

No. D–2672. IN RE DISBARMENT OF HACKETT. Disbarment entered. [For earlier order herein, see 566 U. S. 961.]

No. D–2679. IN RE DISCIPLINE OF WEBER. Erin Marie Weber, of Falls Church, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 11M116. GIUNTA *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY;
No. 11M118. DAVIS *v.* CAIN, WARDEN;
No. 11M119. BLACKARD *v.* TEXAS; and

No. 11M120. LOMAX *v.* NUNEZ ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.